IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BERT B. LAVINE,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 05-501-JLF |
| **JO ANNE B. BARNHART,** **Commissioner of Social Security,** | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is defendant's Motion to Strike.  **(Doc. 15)**.  Plaintiff has filed a response.  **(Doc. 18)**.

Defendant seeks to strike plaintiff's reply brief, **Doc. 14.**  Plaintiff concedes that the reply brief should be stricken, and states that the issues set forth in his original brief are the only issues which he seeks to have adjudicated.  **See, Doc. 18, ¶2**.

Upon consideration and for good cause shown, defendant's Motion to Strike **(Doc. 15)** is **GRANTED**.  Plaintiff's reply brief, **Doc. 14**, is ordered stricken.

I T IS SO ORDERED.

DATE:  July 19, 2006.

s/Clifford J. Proud
**CLIFFORD J. PROUD**
**U.S. MAGISTRATE JUDGE**