IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BERT B. LAVINE,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL NO. 05-501-JLF |
| **JO ANNE B. BARNHART,** | ) |
| **Commissioner of Social Security,** | ) |
| **Defendant.** | ) |

## JUDGMENT

In accordance with the Order entered this day, this matter is remanded to the Commissioner for a rehearing and reconsideration of the evidence pursuant to sentence four of 42 U.S.C. § 405(g).

**NORBERT G. JAWORSKI, CLERK OF COURT**

By: *s/Vicki L. McGuire*
*Deputy Clerk*

*Date: August 15, 2006.*

**Approved:** *s/ James L. Foreman*   EOD:
*Judge*